FILED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT

SEP 1 8 2015

CENTRAL DISTRICT OF CALIFORNIA
BY               DEPUTY

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA, SOUTHERN DIVISION

| | |
|---|---|
| FLAVIO RODRIGUEZ, | CASE NO. SACV13-00681 AG (PLAx) |
| Plaintiff, | **JUDGMENT IN FAVOR OF DEFENDANTS** |
| v. | |
| LOS ANGELES COUNTY SHERIFF'S DEPARTMENT; LOS ANGELES COUNTY SHERIFF LEROY D. BACA; LOS ANGELES COUNTY UNDERSHERIFF LARRY WALDIE; LOS ANGELES COUNTY RESERVE DEPUTY SHERIFF STANLEY TOY; LOS ANGELES COUNTY SHERIFF'S DEPARTMENT INVESTIGATOR JAMES CORBIN; CHINATRUST BANK, (USA); ARLENE SHIH; EMMANUAL WATERS, | Date: February 23, 2015<br>Time: 10:00 a.m.<br>Crtrm.: 10D<br><br>[Assigned to Honorable Andrew J. Guilford, Dept. "10D"] |
| Defendants. | Action Filed: April 30, 2013<br>Trial Date: Vacated |

TO ALL INTERESTED PARTIES AND TO THEIR ATTORNEYS OF RECORD:

This action came on regularly for hearing before the Court on February 23, 2015, the Honorable Andrew J. Guilford, District Court Judge presiding, on Motion for Summary Judgment, or, Alternatively, Summary Adjudication filed by defendants LOS ANGELES COUNTY SHERIFF'S DEPARTMENT, SHERIFF

HURRELL CANTRALL LLP
700 SOUTH FLOWER STREET, SUITE 900
LOS ANGELES, CALIFORNIA 90017-4121
TELEPHONE (213) 426-2000

LEROY BACA, UNDERSHERIFF LARRY WALDIE, DETECTIVE JAMES CORBIN and STANLEY TOY (collectively, "defendants").

After considering the papers, pleadings and evidence submitted by all parties as well as any oral argument, and as reflect in the Court's Order (No. 149) it is hereby ordered:

1. ~~Defendants' Motion is granted in its entirety as prayed.~~

2. ~~Defendants are entitled to Summary Judgment on plaintiff FLAVIO RODRIGUEZ's operative Complaint as a matter of law pursuant to *Fed.R.Civ.P.* 56.~~

3. Defendants shall have judgment against plaintiff FLAVIO RODRIGUEZ.

IT IS SO ORDERED.

DATED: September 17, 2015

_____
HON. ANDREW J. GUILFORD
UNITED STATES DISTRICT JUDGE

Respectfully submitted,

DATED: September 11, 2015       HURRELL CANTRALL LLP

By: /s/ Rebecca H. Snader
_____
THOMAS C. HURRELL
ERICA BIANCO
REBECCA H. SNADER
Attorneys for Defendants LOS ANGELES COUNTY SHERIFF'S DEPARTMENT, SHERIFF LEROY BACA, UNDERSHERIFF LARRY WALDIE, DETECTIVE JAMES CORBIN and STANLEY TOY

HURRELL CANTRALL LLP
700 SOUTH FLOWER STREET, SUITE 900
LOS ANGELES, CALIFORNIA 90017-4121
TELEPHONE (213) 426-2000